UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                   Case Nos.:   3:92cr3132/TKW/MAL
                                                   3:24cv363/TKW/MAL

JAMES HOWARD SAMUEL ELLARD, JR.

_____/

# O R D E R

This case is before me on the magistrate judge's Report and Recommendation (Doc. 70) and Petitioner's objections (Doc. 73).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be summarily denied because the relief he is seeking is not available under that statute.  *See* Doc. 70 at 4-5.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 67), is DENIED.

3.      A certificate of appealability is DENIED.

**DONE and ORDERED** this 16th day of September, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**